UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMED SALEEM KHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Attorney general, et al.,<br><br>    Defendants. | Case No. C08-1448RSM<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against DEFENDANTS and on behalf of PLAINTIFF MOHAMMED SALEEM KHAN in the amount of $389.90.

Dated this   2nd   day of FEBRUARY, 2009 .

*/s/ Bruce Rifkin*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1